STATE OF NEW JERSEY v. LEONARD RUSSELL SMITH.

July 8, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES GERACE.

July 8, 1975. Petition for certification denied.

JIMMIE LEE ALLEN v. N. J. STATE PAROLE BOARD.

July 8, 1975. Petition for certification denied.

ERNA URBACH v. IRVING STEIN.

July 8, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR L. HARRIATT.

July 8, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JESSE HARPER.

July 8, 1975. Petition for certification denied.